NO. 07-07-0114-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



AUGUST 9, 2007


______________________________



THE STATE OF TEXAS, APPELLANT



V.



JEROME PAUL MARROQUIN, APPELLEE


_________________________________



FROM THE 108TH DISTRICT COURT OF POTTER COUNTY;



NO. 54,084E; HONORABLE RICHARD DAMBOLD, JUDGE


_______________________________




Before CAMPBELL and HANCOCK and PIRTLE, JJ.

ON MOTION TO DISMISS


 Pending before this Court is the State's motion to dismiss its appeal. The State's attorney
has signed the document stating that the State withdraws its appeal. Tex. R. App. P. 42.2(a). 
No decision of this Court having been delivered to date, we grant the motion. Accordingly, the
appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue
forthwith.

 Mackey K. Hancock

 Justice

Do not publish.



R WP="BR2">

Do not publish.